# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**301 West Main Street**
**Benton, IL 62812**
**618/439-7760**

**Norbert G. Jaworski**
**Clerk of Court**

**June 16, 2006**

Clerk, United States District Court
Northern District of Illinois
Everett McKinley Dirksen Building, 20th floor
219 South Dearborn Street
Chicago, Illinois   60604

Re:    **USA vs. *James Johnson***
       **Your file: 02 cr 282-1**
       Our file: 06-MJ-4017-PMF

Dear Clerk:

Enclosed is the entire original file along with a certified copy of the docket entries for proceedings held in the Southern District of Illinois before Magistrate Judge Philip M. Frazier.

Please acknowledge receipt of these documents on the attached copy of this letter. Thank you.

Sincerely,

NORBERT G. JAWORSKI,
CLERK OF COURT

By:  <u>s/ Karen R. Metheney</u>
       Deputy Clerk


Enc.
cc:    U.S. Attorney
       Federal Public Defender
       U.S. Marshals Service
       U.S. Probation Office